**Opinion issued October 25, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00845-CV

————————————

**BELINDA PUNTANEN, INDIVIDUALLY, D/B/A LAR LEGAL ADMIN RESOURCES AND AS NEXT BEST FRIEND OF Z. R. M., A MINOR, Appellant**

**V.**

**ALLISON RILEY GROVER, HOMES CENTRAL REAL ESTATE, INC., BRIAN MCLAURIN AND DENZELL & CRANE, INC. D/B/A APPLE MOVING, Appellees**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-84676**

---

## MEMORANDUM OPINION

This is an attempted appeal from an interlocutory order, signed on September 10, 2018, granting the no-evidence summary judgment motion of appellees Allison

Riley Grover and Homes Central Real Estate. Because the order at issue did not dispose of all parties and causes of action, we dismiss this appeal.

Subject to some exceptions, appeals generally may be taken from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The order here states that it is not final. In particular, it dismisses claims against two appellees, but "[c]laims against all other Defendants remain pending," and "[t]his is an interlocutory order." Nothing in our record suggests that the remainder of the case has been severed.

Because the order appealed is interlocutory and not appealable, we dismiss the appeal. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.